AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| America's Home Place, Inc. <br> *Plaintiff(s)* <br> v. <br> Ryan Barlow, Individually, <br> Acadiana Custom Homes, LLC <br> *Defendant(s)* | Civil Action No. 3:16CV623 DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Acadiana Custom Homes, LLC
644 Huntington Drive
Brandon, MS 39047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James D. Bell, Esq.
Bell & Associates, P.A.
318 S. State Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   ARTHUR JOHNSTON

Date: AUG 11 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| America's Home Place, Inc. <br> *Plaintiff(s)* <br> v. <br> Ryan Barlow, Individually, <br> Acadiana Custom Homes, LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:16cv623DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ryan Barlow
    644 Huntington Drive
    Brandon, MS 39047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James D. Bell, Esq.
    Bell & Associates, P.A.
    318 S. State Street
    Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT - ARTHUR JOHNSTON

Date: AUG 1 1 2016

*Signature of Clerk or Deputy Clerk*